IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LEE GARRISON                                                                PLAINTIFF
ADC #103455

V.                                              NO. 5:02CV00005 JWC

JAMES T. BANKS, et al                                                              DEFENDANTS

## ORDER

Plaintiff's counsel has filed a motion for reimbursement of expenses (docket entry #89). No response was required. Having considered the application pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court finds that the motion should be granted in full and orders that the Clerk of the Court distribute to the named applicant the amount of Two Thousand One Hundred Ninety-Six Dollars and Eleven Cents ($2,196.11) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 13th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE