IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LEE GARRISON                                                                           PLAINTIFF
ADC #103455

V.                                            NO. 5:02CV00005 JWC

JAMES T. BANKS, et al                                                                        DEFENDANTS

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

IT IS SO ORDERED this 13th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE